# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IANA PRICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ACTION NO. 4:18-CV-796 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 6, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #21) that Defendant United States of America's (the "Government") Motion to Dismiss (Dkt. #14) be granted in part and denied in part.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the Government's Motion to Dismiss (Dkt. #14) is hereby **GRANTED IN PART** and **DENIED IN PART**.

**IT IS THEREFORE ORDERED** that pursuant to 28 U.S.C. § 1406(a), this case is hereby **TRANSFERRED** to the Northern District of Texas.

---

[1] Following entry of the Report, Plaintiff filed a Notice of Status (Dkt. #25), asserting Plaintiff "has no objections on the recommendation on the motion that this case be transferred to the Northern District." *See* Dkt. #25.

**IT IS SO ORDERED.**

**SIGNED this 3rd day of December, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE